IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff/Respondent,<br><br>v.<br><br>Julio Cesar Feliciano, Jr.,<br><br>  Defendant/Movant. | No.  CV12-01650 PHX DGC (SPL)<br>    CR08-00932 PHX DGC<br><br>**ORDER** |

Defendant/Movant Julio Cesar Feliciano, Jr. has filed a motion to vacate sentence pursuant to 28 U.S.C. § 2255. Doc. 1. United States Magistrate Judge Steven P. Logan has issued a report and recommendation ("R&R") recommending that the motion be denied. Doc. 12. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R and deny the motion.

**IT IS ORDERED:**

1. The R&R (Doc. 12) is **accepted**.
2. The motion to vacate sentence (Doc. 1) is **denied** and **dismissed**.
3. A certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**
4. The Clerk is directed to **terminate** this action.

Dated this 3rd day of May, 2013.

_____
David G. Campbell
United States District Judge